# EXHIBIT E

Excerpts of Defendant (Sergiy P. Usatyuk)'s Electronic Messages[1]

Usatyuk Electronic Chat (giftedpvp@gmail.com) with Co-Conspirator A on November 2, 2016

> Usatyuk: sent exo cut
> Usatyuk: ur lucky i manually rotated
> Usatyuk: smh
> . . . .
> [Co-Conspirator A]: I have a potential idea
> [Co-Conspirator A]: Andy
> [Co-Conspirator A]:Marijuana the php script generator
> [Co-Conspirator A]:use the smtp to send an email to my monkey to make some [expletive PayPals]
> [Co-Conspirator A]: If the table has 2 rows
> [Co-Conspirator A]:And if it does it gets it from a table of unused PayPals constantly refilled by my monkey
> [Co-Conspirator A]: I'm gonna make a php script that checks if any side needs a PayPal
> [Co-Conspirator A]:Tfw I'm gonna automate my pp slave

*************************

Usatyuk Email (tabbdev@gmail.com) on December 23, 2015

Hello, not sure where you are getting your facts from but our service hasn't launched any attacks against either of those IP's, also your threats of legal action are meaningless, we operate a perfectly legal business and don't violate any laws.

You also didn't 'trace' anything back to us, if you understood how DrDoS amplification works you'd know it's impossible to be traced, I'm guessing some kid is bragging about taking down your server and you believe he is using our service but I can confirm no attacks were launched against your network, if you have anymore questions feel free to reply.

Regards,

Vincenzi Negro.

*************************

---

[1] Excerpts of the electronic messages have previously been provided to Defendant's counsel in discovery.

1

Usatyuk Electronic Chat (giftedpvp@gmail.com) with Co-Conspirator A on
November 8, 2016

Usatyuk: i dont think they'll care about much else
Usatyuk: and see ur name in the logs field
Usatyuk: if they get the db
Usatyuk: but the fact is
Usatyuk: yeh
[Co-Conspirator A]: then it is in the us
[Co-Conspirator A]: its a lot easier for them to get the subpoena in the uk
Usatyuk: not even against the tog or anything
Usatyuk: im removing any of my personal logs
Usatyuk: to fucking get rid of all evidence right now
Usatyuk: thats literally telling everyone
[Co-Conspirator A]: 101
Usatyuk: did they actually publish that lol.
Usatyuk: Police were able to nail [arrested administrator] thanks in part to his keeping of DDoS attack logs.
Usatyuk: http://www.theregister.co.uk/2016/11/02/teen uk hacker pleads guilty after earning 385k from ddos tool/

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Usatyuk Electronic Chat (giftedpvp@gmail.com) with Co-Conspirator A on
April 12, 2016

Usatyuk: for when raid comes im [expletive] save this ticket.
Co-Conspirator A: Users is a bit of a stretch.
Usatyuk: Take that FBI. legitimate stress test users we have holy [expletive]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Usatyuk Email (tabbdev@gmail.com) to Provider on November 3, 2016

Hello, below you will find a list of illegal sites on your network.

188.209.49.228 - booter.xyz
185.62.190.25 - https://ddos.city/
185.61.138.127 - http://boot4free.com/

Please take action ASAP and notify me once you do, thanks.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2

Usatyuk Email (tabbdev@gmail.com) to Provider on December 23, 2014

Hello, the website: [Name of Service] is hosted by you, and this website is hosting illegal / malicious content.

This website is a "booter", or a DDoS for hire tool responsible for sending hundreds of illegal distributed denial of service attacks on a daily basis.

Please not that you yourself will not see any DDoS traffic originating from this website, this website uses offshore servers located in the [Foreign Country] to send the actual DDoS attacks, however the website is a tool that makes these offshore servers launch the actual DDoS, thus still violating the law.

I hope action can be taken quickly, if you have any questions feel free to reply to me,

Brian M.

**************************

Email from Provider to Usatyuk Email (tabbdev@gmail.com) on September 7, 2015

Subject: SYN flood from 185.62.190.40
Hello,

the server with the above mentioned IP has been suspended for TOS and AUP violations. We do not tolerate Hacking, Spoofing, Attacking, Phishing or any other malicious network activity that can result in SPAMHAUS listing.

Please find below the proof of your TOS/AUP Violation. We'll unsuspend the server if you get in touch with us to clarify the situation.

. . . .