# EXHIBIT F

From: ▮
To: ▮
Subject: FW: Online Form Submittal: Lauderdale-By-The-Sea Public Records Request
Date: Thursday, July 25, 2019 5:07:39 PM

**From:** noreply@civicplus.com <noreply@civicplus.com>
**Sent:** Saturday, July 20, 2019 3:42 PM
**To:** ▮
**Subject:** Online Form Submittal: Lauderdale-By-The-Sea Public Records Request

# Lauderdale-By-The-Sea Public Records Request

| | |
|---|---|
| Name | Sergio Usatyuk |
| Date | 7/20/2019 |
| Address 1 | 13841 S. 88th Ave |
| City | Orland Park |
| State | IL |
| Zip | 60462 |
| Phone Number | 7085909127 |
| Email Address | seusatyuk@yahoo.com |
| Records Requested and Applicable Fees | I would like every single email address you have on record. |
| Name of person submitting request | Sergio Usatyuk |

Time
*Using this form allows us to better track records requests. Completing this form is not required to obtain a public record. Records will be provided in a timely manner. Older Town records are stored off-site and may take extra time to retrieve.*

Costs
*Costs shall be prepaid as allowed by Florida Statute 119.07. Single copies cost .15 cents. Double-sided copies are .20 cents. Building Plan copies require a $30 deposit plus any extra copying costs. CDs are $7.99. DVDs are $7.99. Tapes are $3.00. Costs are projected. Additional fees may also be due upon receipt. Any request requiring more than 15 minutes of staff time is considered extensive and*

*you will be charged for the clerical time needed to research and process your request.*

Email not displaying correctly? <u>View it in your browser.</u>